UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SIEGAL MCINTYRE,

    Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION,

    Defendant.

Civil Action No. 22-3766 (CKK)

## JOINT STATUS REPORT

Pursuant to the Court's March 23, 2023 Minute Order, Plaintiff and Defendant, U.S. Customs and Border Protection ("Defendant" or "CBP"), by and through undersigned counsel, hereby provide the following joint status report.

1. Plaintiff filed this action under the Freedom of Information Act ("FOIA") on December 21, 2022. Plaintiff generally seeks records for fourteen separate FOIA requests regarding alleged assault and sexual harassment incidents.

2. In an effort to make this case more manageable and to be more efficient and streamlined, the parties are continuing to attempt to negotiate a global path forward that would involve agreeing upon a search or searches for CBP to run. The parties continue to engage in good-faith discussions, and they intend to provide further information regarding their proposed next steps in their next joint status report.

3. Pursuant to the Court's March 23, 2023 Minute Order, the parties will submit another joint status report within the next ninety days.

\* \* \*

Dated: March 18, 2024　　　　　　　　Respectfully submitted,
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar #481052
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　Chief, Civil Division


　　　　　　　　　　　　　　　　　　By:　　/s/ *Douglas C. Dreier*
　　　　　　　　　　　　　　　　　　DOUGLAS C. DREIER
　　　　　　　　　　　　　　　　　　D.C. Bar #1020234
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　(202) 252-2551

　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*


　　　　　　　　　　　　　　　　　　/s/ *Deborah M. Golden*
　　　　　　　　　　　　　　　　　　Deborah M. Golden, D.C. Bar #470578
　　　　　　　　　　　　　　　　　　The Law Office of Deborah M. Golden
　　　　　　　　　　　　　　　　　　700 Pennsylvania Ave. SE, 2nd Floor
　　　　　　　　　　　　　　　　　　Washington, D.C. 20003
　　　　　　　　　　　　　　　　　　Telephone: (202) 630-0332
　　　　　　　　　　　　　　　　　　dgolden@debgoldenlaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*