UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SIEGAL MCINTYRE,

Plaintiff,

v.

U.S. CUSTOMS AND BORDER
PROTECTION,

Defendant.

Civil Action No. 22-3766 (CKK)

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia informs the Court that Assistant United States Attorney, Joshua Ontell,

as counsel for the Defendant, is terminating his appearance as counsel of record in this matter. All

other federal government counsel active on the docket at the time of this filing will continue to

represent the Defendant in this case.

Dated: March 28, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By: */s/ Joshua H. Ontell*
    JOSHUA H. ONTELL
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Phone: (202) 252-7706


*Attorneys for the United States of America*