UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil Action No. 22-3766 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 23, 2023 Minute Order, Plaintiff and Defendant, U.S. Customs and Border Protection ("Defendant" or "CBP"), by and through undersigned counsel, hereby provide the following joint status report.

1. Plaintiff filed this action under the Freedom of Information Act ("FOIA") on December 21, 2022. Plaintiff generally seeks records for fourteen separate FOIA requests regarding alleged assault and sexual harassment incidents.

2. Based on the initial search terms identified by Plaintiff, CBP ran a search and made three productions on May 28, 2024; June 24, 2024; and August 8, 2024.

3. CBP has completed its searches and, on November 5, 2024, made the fourth interim production to Plaintiff.

4. CBP made its fifth and final production on December 5, 2024.

5. Plaintiff's original counsel withdrew on March 11, 2025. ECF No. 26. Plaintiff's new counsel, who filed their appearances in January 2025 (ECF Nos. 21 & 24), are still in the process of reviewing the case and the productions to date to determine the adequacy of CBP's

searches and the merits of any exemptions cited for the withholding of responsive documents. The parties will confer regarding these issues in an effort to resolve open issues without necessitating motion practice to the extent possible.

6. The parties respectfully propose filing another joint status report on or before July 11, 2025.

Dated: April 17, 2025
        Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866United States Attorney


By: /s/ *Kimberly A. Stratton*
KIMBERLY A. STRATTON
P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*


/s/ *Eric J. Feder*
Eric J. Feder (DDC Bar ID: 1048522)
DAVIS WRIGHT TREMAINE LLP
1301 K Street, N.W., Suite 500 East
Washington, DC 20005
Ph: (202) 973-4200
Email: ericfeder@dwt.com
Caitlyn Cowan Courtney (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610
Ph: 206.757.8296
Email: caitlyncourtney@dwt.com

*Counsel for Plaintiff*