AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Erin Siegel McIntyre | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-3766 |
| U.S. Customs and Border Protection | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Erin Siegel McIntyre                                                    .

Date:   05/30/2025                                    /s/ Chelsea Kelly
                                                        *Attorney's signature*

                                                    Chelsea Kelly (1045673)
                                                    *Printed name and bar number*

                                                    Davis Wright Tremaine LLP
                                                    1301 K Street NW, Suite 500 East
                                                    Washington, DC 20005
                                                    *Address*

                                                    chelseakelly@dwt.com
                                                    *E-mail address*

                                                    (202) 973-4250
                                                    *Telephone number*

                                                    (202) 973-4499
                                                    *FAX number*