UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil Action No. 22-3766 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 23, 2023 Minute Order, Plaintiff and Defendant, U.S. Customs and Border Protection ("Defendant" or "CBP"), by and through undersigned counsel, hereby provide the following joint status report.

1.      Plaintiff filed this action under the Freedom of Information Act ("FOIA") on December 21, 2022.  Plaintiff generally seeks records for fourteen separate FOIA requests regarding alleged assault and sexual harassment incidents.

2.      Based on the initial search terms identified by Plaintiff, CBP ran a search and made three productions on May 28, 2024; June 24, 2024; and August 8, 2024.

3.      CBP has completed its searches and, on November 5, 2024, made the fourth interim production to Plaintiff.

4.      CBP made its fifth and final production on December 5, 2024.

5.      Plaintiff's original counsel withdrew on March 11, 2025.  ECF No. 26.  Plaintiff's current counsel, who filed their appearances in March 2025 (ECF No. 24) and late May 2025 (ECF No. 29), are still in the process of reviewing the case and the productions to date to determine the

adequacy of CBP's searches and the merits of any exemptions cited for the withholding of responsive documents.  The parties will confer regarding these issues in an effort to resolve open issues without necessitating motion practice to the extent possible.

6.     The parties respectfully propose filing another joint status report on or before October 5, 2025.

\*    \*    \*

Dated: July 11, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
 United States Attorney


/s/ Kimberly A. Stratton
 Kimberly A. Stratton, P.A. Bar #327725
 Assistant United States Attorney
 601 D Street, NW
 Washington, DC 20530
 Ph: (202) 417-4216
 Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

DAVIS WRIGHT TREMAINE LLP

/s/ Chelsea T. Kelly
Chelsea T. Kelly (D.C. Bar No. 1045673)
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Ph: (202) 973-4200
Email: chelseakelly@dwt.com

Caitlyn Cowan Courtney (admitted *pro hac vice*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Ph: (206) 622-3150
Email: caitlyncourtney@dwt.com

*Attorneys for Plaintiff*