# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE, | |
| Plaintiff, | Civil Action No. 22-3766 (CKK) |
| v. | |
| U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS R. BURKE

NOW COMES Chelsea Kelly, an attorney admitted to the Bar of this Court and in good standing, and respectfully moves for the admission of Thomas R. Burke, *pro hac vice*, as counsel for Plaintiff Erin Siegal McIntyre in this proceeding. As grounds therefore, Movant states:

1. Mr. Burke is a member in good standing of the Bars of the States of California. He is also admitted to practice before all District Courts in the State of California and the U.S. Supreme Court.

2. Mr. Burke is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Mr. Burke possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Thomas R. Burke *pro hac vice* as representative of Plaintiff Erin Siegal McIntyre in this proceeding.

2

Dated this 25th day of November, 2025         Respectfully submitted,

/s/ Chelsea Kelly
Chelsea Kelly (DDC Bar ID: 1045673)
DAVIS WRIGHT TREMAINE LLP
1301 K Street, N.W., Suite 500 East
Washington, DC 20005
Telephone:    (202) 973-4200
Facsimile:    (202) 973-4499
Email:        chelseakelly@dwt.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the date below, I caused the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF THOMAS R. BURKE, DECLARATION OF THOMAS R. BURKE, and PROPOSED ORDER to be served via ECF on all counsel of record in this case.

Dated: November 25, 2025                  */s/ Chelsea Kelly*