UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil Action No. 22-3766 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's March 23, 2023 Minute Order, Plaintiff and Defendant, U.S. Customs and Border Protection ("Defendant" or "CBP"), by and through undersigned counsel, hereby provide the following joint status report.

1. Plaintiff filed this action under the Freedom of Information Act ("FOIA") on December 21, 2022. Plaintiff generally seeks records for fourteen separate FOIA requests regarding alleged assault and sexual harassment incidents.

2. CBP previously reported that it made its final production on December 5, 2024. *See* Joint Status Report (ECF No. 23).

3. Plaintiff has been working with several counsel since her original counsel withdrew on March 11, 2025. *See* ECF No. 24, 26, 29. Plaintiff's current counsel has reviewed the case and the productions to date to determine the adequacy of CBP's searches and the merits of any exemptions cited for the withholding of responsive documents. The parties will confer before the next Joint Status Report regarding these issues in an effort to resolve open issues without necessitating motion practice to the extent possible.

4. The parties respectfully propose filing another joint status report on or before February 26, 2026.

\* \* \*

Dated: November 26, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Kimberly A. Stratton
Kimberly A. Stratton, P.A. Bar #327725
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Ph: (202) 417-4216
Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

DAVIS WRIGHT TREMAINE LLP

/s/ Chelsea T. Kelly

Chelsea T. Kelly (D.C. Bar No. 1045673)
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Ph: (202) 973-4200
Email: chelseakelly@dwt.com

Caitlyn Cowan Courtney (admitted *pro hac vice*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Ph: (206) 622-3150
Email: caitlyncourtney@dwt.com

*Attorneys for Plaintiff*