IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SIEGAL MCINTYRE,<br><br>               Plaintiff,<br><br>    v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>               Defendant. | Civil Action No. 22-3766 (CKK) |

**DECLARATION OF THOMAS R. BURKE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Thomas R. Burke, under 28 U.S.C. § 1746, hereby declare as follows:

1.     My full name is Thomas R. Burke. I am a Partner at Davis Wright Tremaine LLP, and I am seeking to appear *pro hac vice* as a lawyer for Plaintiff Erin Siegal McIntyre in the above-captioned matter pending before the District Court for the District of Columbia.

2.     I am filing this Declaration in connection with Chelsea Kelly's Motion for Admission Pro Hac Vice of Thomas R. Burke, Dkt. 33, and the Court's attendant November 25, 2025 minute order contingently granting that Motion.

3.     I certify that I am familiar with this Court's Local Rules.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 3rd day of December, 2025 at Albany, California.

                                                                                      Thomas R. Burke

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date below, I caused the foregoing declaration to be served via ECF on all counsel of record in this case.

Dated: December 3, 2025                         */s/ Thomas R. Burke*